UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SCOTT BORECKI, individually and on behalf of all others similarly situated,

                     **Plaintiff,**                    17-CV-01188 (LAK)(SN)

             **-against-**                        <u>**ORDER**</u>

**RAYMOURS FURNITURE CO., INC.,**

                     **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    A hearing on preliminary approval of the class action settlement is scheduled for Tuesday, February 12, 2019, at 10:00 a.m. in Courtroom 219 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

    On or before February 7, 2019, the parties are directed to submit a revised Notice and Claim Form consistent with the Court's instructions at the October 4, 2018 hearing.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:    January 30, 2019
                New York, New York