UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BORECKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOURS FURNITURE COMPANY, INC., d/b/a RAYMOUR & FLANIGAN,<br><br>Defendant. | NO. 1:17-cv-01188 (LAK) (SN) |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") and in the Declaration of Adrienne D. McEntee ("McEntee Declaration") and Declaration of Joseph A. Fitapelli ("Fitapelli Declaration") in Support of Plaintiff's Motion for Final Approval, and based on the pleadings and proceedings heretofore had herein, Plaintiff will respectfully move the Court, before the Hon. Sarah Netburn, United States Magistrate Judge, in the United States District Court for the Southern District of New York, 40 Foley Square, Courtroom 219, New York, NY 10007, on September 10, 2019 at 10:00 a.m., or at such date and time as the Court shall designate, for an Order granting final approval of Class Action Settlement.

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit K** to the McEntee Declaration, for the Court's convenience.

RESPECTFULLY SUBMITTED AND DATED this 6th day of August, 2019.

        TERRELL MARSHALL LAW GROUP PLLC

        By: /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
          Beth E. Terrell, *Admitted Pro Hac Vice*
          Email: bterrell@terrellmarshall.com
          Jennifer Rust Murray
          Email: jmurray@terrellmarshall.com
          Adrienne D. McEntee, *Admitted Pro Hac Vice*
          Email: amcentee@terrellmarshall.com
          936 North 34th Street, Suite 300
          Seattle, Washington 98103-8869
          Telephone: (206) 816-6603
          Facsimile: (206) 319-5450

          Joseph A. Fitapelli (JAF9058)
          Email: jfitapelli@fslawfirm.com
          Brian S. Schaffer (BS7548)
          Email: bschaffer@fslawfirm.com
          Armando A. Ortiz (AO2120)
          Email: aortiz@fslawfirm.com
          FITAPELLI & SCHAFFER, LLP
          28 Liberty Street, 30th Floor
          New York, New York 10005
          Telephone: (212) 300-0375
          Facsimile: (212) 481-1333

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on August 6, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Steven R. Aquino
>Email: saquino@hahnhessen.com
>John P. Amato, Sr.
>Email: jamato@hahnhessen.com
>HAHN & HESSEN LLP
>488 Madison Avenue
>New York, New York 10022
>Telephone: (212) 478-7200
>Facsimile: (212) 478-7400
>
>Eric Robert Fish
>Email: efish@bakerlaw.com
>BAKER & HOSTETLER LLP (NYC)
>45 Rockefeller Plaza
>New York, New York 10111
>Telephone: (212) 589-4647
>Facsimile: (212) 589-4201
>
>Paul G. Karlsgodt
>Email: pkarlsgodt@bakerlaw.com
>BAKER & HOSTETLER LLP
>1801 California Street, Suite 4400
>Denver, Colorado 80202
>Telephone: (303) 861-0600
>Facsimile: (303) 861-7805
>
>Edward T. Groh
>Email: egroh@raymourflanigan.com
>RAYMOUR & FLANIGAN
>1314 U.S. Highway 22
>Phillipsburg, New Jersey 08865
>Telephone: (908) 454-4953
>Facsimile: (908) 343-2002
>
>*Attorneys for Defendant*

DATED this 6th day of August, 2019.

        TERRELL MARSHALL LAW GROUP PLLC


        By:   /s/ Adrienne D. McEntee, *Admitted Pro Hac Vice*
             Adrienne D. McEntee, *Admitted Pro Hac Vice*
             Email:  amcentee@terrellmarshall.com
             936 North 34th Street, Suite 300
             Seattle, Washington 98103-8869
             Telephone: (206) 816-6603
             Facsimile: (206) 319-5450

*Attorneys for Plaintiff*