USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2019

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT BORECKI, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>v.<br><br>RAYMOURS FURNITURE COMPANY, INC., d/b/a RAYMOUR & FLANIGAN,<br><br>             Defendant. | NO. 1:17-cv-01188-LAK-SN<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Granting Final Approval of Class Action Settlement and Dismissing Class Plaintiffs' Claims (the "Final Approval Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

      1.      Payments shall be made to Settlement Class Members who submitted valid claims, in accordance with the terms of the Settlement Agreement.

      2.      A service award of $40,000.00 shall be paid to Plaintiff, in accordance with the terms of the Settlement Agreement.

      3.      Class Counsel attorneys' fees in the amount of $1,416,666.67 and costs in the amount of $24,756.06, shall be paid in accordance with the terms of the Settlement Agreement.

      4.      The Settlement Administrator, Rust Consulting, shall be paid for its fees and expenses in connection with the administration of the Settlement Agreement, in accordance with the terms of the Settlement Agreement.

      5.      Except as to any Settlement Class Members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs

except as set forth herein and in the prior orders of the court.

**SO ORDERED.**

September 10, 2019
New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

# EXHIBIT A

| **Exclusions Received as of August 2, 2019** | | | | |
|---|---|---|---|---|
| Name: | Address: | City: | State: | Zip: |
| MARY LOU KELLY | PO BOX 411 | ROCKAWAY | NJ | 07866 |
| FRANK LUCADAMO | 40 E BIRCH ST. APT. 1D | MOUNT VERNON | NY | 10552 |
| EVELYN MANOPLA | 206 ELAINE ST | LAKEWOOD | NJ | 08701 |
| SAGE PEAKE | 5094 COLD SPRINGS RD | TRUMANBURG | NY | 14886 |
| JEAN LEE | 500 E MARYLYN AVE APT E | STATE COLLEGE | PA | 16801 |